UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO.: 1:11 CV 367

GAIL JEUNE,

Plaintiff,

vs.

ABSOLUTE COLLECTION SERVICES,

Defendant.

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Absolute Collection Service, Inc., who is a Defendant in this action, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ( ) Yes (X) No

2. Does party have any parent corporations?

   ( ) Yes (X) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   ______________________________
   ______________________________
   ______________________________

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes (X) No

   If yes, identify all such owners:

414-105

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes (X) No

If yes, identify entity and nature of interest:

Respectfully Submitted:

This the 16th day of June, 2011

**YATES, MCLAMB & WEYHER, LLP**

/s/SEAN T. PARTRICK
North Carolina State Bar No.: 25176
e-mail: spartrick@ymwlaw.com
*Attorneys for Defendants*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:11 CV 367

| | | |
|---|---|---|
| GAIL JEUNE, Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| ABSOLUTE COLLECTION SERVICES, Defendant. | ) | |

I hereby certify that on June 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: CHRISTOPHER D. LANE and I hereby certify that I have mailed the document to the following non CM/ECF Participants: None.

This the 16th day of June, 2011.

**YATES, MCLAMB & WEYHER, LLP**

/s/SEAN T. PARTRICK
North Carolina State Bar No.: 25176
e-mail: spartrick@ymwlaw.com
*Attorneys for Defendants*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910