**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | | |
|---|---|---|
| GAIL JEUNE | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 1:11-cv-00367-UA -PTS |
| v. | : | |
| | : | |
| ABSOLUTE COLLECTION SERVICES | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |
| : | | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, GAIL JEUNE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

<signature enclosed below>

1

NOTICE OF SETTLEMENT

Dated: March 21, 2012       RESPECTFULLY SUBMITTED,

                                By:   /s/ Christopher D. Lane
                                     Christopher D. Lane, Esq.
                                     NC Bar ID # 20302
                                     3802-A Clemmons Road
                                     Clemmons, NC 27012
                                     Phone: 336 766-0229
                                     Fax:  336 766-9145
                                     cdllaw@juno.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on March 21, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

s/ Christopher D. Lane
Christopher D. Lane, Esq.
Attorney for Plaintiff
